United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H BANISTER<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CONNECTICUT,<br><br>    Defendant. | Case No. 15-cv-00107-EMC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: September 9, 2015<br>Mediator: Andre Hassid |

IT IS HEREBY ORDERED that the request to excuse defendant Hartford Life and Accident Insurance Company's corporate representative from appearing in person at the September 9, 2015, mediation before Andre Hassid is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: September 1, 2015

Maria-Elena James
United States Magistrate Judge